[No. 30748-1-II.   Division Two.   February 15, 2005.]

JENNIFER GRENTNER, *Appellant*, v. ART CENTER, INC.
*Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 03-2-00229-3, M. Karlynn Haberly, J., entered September 29, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Armstrong, JJ.

[No. 31102-0-II.   Division Two.   February 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN LOUIS ELLIOTT, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 03-1-00660-1, Anna M. Laurie, J., entered November 17, 2003. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Van Deren, JJ.

[No. 31300-6-II.   Division Two.   February 15, 2005.]

LINDA J. ERB, *Respondent*, v. THE DEPARTMENT OF RETIREMENT SYSTEMS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-08808-0, Beverly Grant, J., entered January 16, 2004. *Reversed* by unpublished opinion per Morgan, A.C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 31324-3-II.   Division Two.   February 15, 2005.]

GREG ISAACSON, *Appellant*, v. THE CITY OF CENTRALIA, *Respondent.*

Appeal from a judgment of the Superior Court for Lewis County, No. 01-2-00562-4, David R. Draper, J., entered January 5, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J.